IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ESTEFANIA C. HERNANDEZ                                              PLAINTIFF

VS.                          CASE NO. 4:07CV00008

CONWAY POLICE DEPARTMENT;
CITY OF CONWAY; CHRIS
MITCHELL, individually and officially;
and FIRST STATE BANK                                                DEFENDANTS

## ORDER

Pending is Plaintiff's motion for non-suit. (Docket # 15). For good cause shown, the motion is GRANTED. This case is removed from the trial docket the week of November 5, 2007 and is hereby dismissed without prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 17th day of August, 2007.

_____
James M. Moody
United States District Judge